IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RAY CHARLES NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0278 |
| | ) | Judge Trauger |
| WAYNE SHELTON, *et al.*, | ) | Magistrate Judge Griffin |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On July 14, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 46), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendant Art Bieber (Docket No. 34) is **GRANTED**, and defendant Bieber is **DISMISSED** from this action **WITH PREJUDICE**.

This case is **REFERRED** back to the Magistrate Judge for additional handling under the original referral Order.

It is so **ORDERED**.

ENTER this 1st day of October 2009.

_____
ALETA A. TRAUGER
U.S. District Judge