IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RAY CHARLES NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0278 |
| | ) | Judge Trauger |
| TIMOTHY EDWARDS, | ) | Magistrate Judge Griffin |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Defendant Edwards's Motion to Ascertain Status (Docket No. 99) is **GRANTED**. The court will rule herein on the pending Report and Recommendation.

On March 7, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 90), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's claims against Timothy Edwards are **DISMISSED WITH PREJUDICE**. All three other defendants having previously been dismissed from this case, the Clerk shall **CLOSE** this file.

This Order shall constitute the judgment in this case.

It is so **ORDERED**.

ENTER this 25th day of May 2011.

_____
ALETA A. TRAUGER
U.S. District Judge